**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 15-09661 |
|---|---|---|
| | § | |
| STANISLAWA GRABIAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,300.00 | Assets Exempt: | $2,265.00 |
| Total Distributions to Claimants: | $17,078.64 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $12,921.36 | | |

3) Total gross receipts of $30,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $146,500.00 | $56,485.59 | $56,485.59 | $17,078.64 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $12,921.36 | $12,921.36 | $12,921.36 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $29,100.00 | $22,900.51 | $22,900.51 | $0.00 |
| **Total Disbursements** | $175,600.00 | $92,307.46 | $92,307.46 | $30,000.00 |

4). This case was originally filed under chapter 7 on 03/18/2015. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/10/2016                         By:   /s/ David P. Leibowitz
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Cash in safe deposit box (PNC BANK) | 1229-000 | $30,000.00 |
| **TOTAL GROSS RECEIPTS** | | $30,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Maria Ambrosia Pudlo individually | 4220-000 | $146,500.00 | $56,485.59 | $56,485.59 | $17,078.64 |
| **TOTAL SECURED CLAIMS** | | | $146,500.00 | $56,485.59 | $56,485.59 | $17,078.64 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $3,750.00 | $3,750.00 | $3,750.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $48.80 | $48.80 | $48.80 |
| Green Bank | 2600-000 | NA | $467.82 | $467.82 | $467.82 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bank of America - Legal Order Processing | 2990-000 | NA | $87.06 | $87.06 | $87.06 |
| JP Morgan Chase Bank | 2990-000 | NA | $8.20 | $8.20 | $8.20 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $7,275.00 | $7,275.00 | $7,275.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $373.48 | $373.48 | $373.48 |
| Popowcer Katten Ltd., Attn: Lois West, Accountant for Trustee | 3410-000 | NA | $561.00 | $561.00 | $561.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | NA | $12,921.36 | $12,921.36 | $12,921.36 |

UST Form 101-7-TDR (10/1/2010)

**CHARGES**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Seward & Szczygiel, P.C. | 7100-000 | $25,000.00 | $22,900.51 | $22,900.51 | $0.00 |
|   | Bank of America | 7100-000 | $4,100.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $29,100.00 | $22,900.51 | $22,900.51 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 15-09661-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GRABIAS, STANISLAWA | Date Filed (f) or Converted (c): | 03/18/2015 (f) |
| For the Period Ending: | 12/10/2016 | §341(a) Meeting Date: | 04/29/2015 |
| | | Claims Bar Date: | 12/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  PNC CHECKING - $220, PNC SAVINGS - $700, POLISH-SLAVIC CREDIT UNION - $45.00 | $965.00 | $0.00 | | $0.00 | FA |
| 2  WEARING APPAREL | $100.00 | $0.00 | | $0.00 | FA |
| 3  2005 TOYOTA MATRIX | $2,500.00 | $1,300.00 | | $0.00 | FA |
| 4  Cash in safe deposit box (PNC BANK) (u) | $0.00 | $30,000.00 | | $30,000.00 | FA |

**Asset Notes:** In statement of affairs, Debtor stated that box contained only "documents."  Trustee filed and successfully prosecuted objection to discharge.

**TOTALS (Excluding unknown value)**       $3,565.00       $31,300.00              $30,000.00     **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

06/20/2016  2016 Reporting Period:
ready for TFR - note that 506(c) surcharge required.

08/28/2015  $30,000.00 in cash found when drilled into debtor's safe deposit box.  Trustee converted to cashier's check to the estate.

**Initial Projected Date Of Final Report (TFR):** 08/31/2016    **Current Projected Date Of Final Report (TFR):** 07/27/2016    /s/ DAVID LEIBOWITZ
                                                                                                                                  DAVID LEIBOWITZ

| Case No. | 15-09661-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GRABIAS, STANISLAWA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9319 | Checking Acct #: | ******6101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/18/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2015 | (4) | Stanislawa Grabias | Receipt of Funds from Safe Deposit Box | 1229-000 | $30,000.00 | | $30,000.00 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $43.72 | $29,956.28 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $49.89 | $29,906.39 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $45.14 | $29,861.25 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $48.18 | $29,813.07 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $48.10 | $29,764.97 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $44.93 | $29,720.04 |
| 03/23/2016 | 3001 | Bank of America - Legal Order Processing | Costs for Document Production | 2990-000 | | $87.06 | $29,632.98 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $47.95 | $29,585.03 |
| 04/28/2016 | 3002 | JP Morgan Chase Bank | Fee for Subpoena | 2990-000 | | $8.20 | $29,576.83 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $47.76 | $29,529.07 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $46.11 | $29,482.96 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $46.04 | $29,436.92 |
| 11/06/2016 | 3003 | Office of the Clerk United States Bankruptcy Court | Amount Claimed: 350.00;  Distribution Dividend: 100.00; Claim #: ; Dividend: 1.18; Amount Allowed: 350.00; Notes: Deferred adversary filing fee; | 2700-000 | | $350.00 | $29,086.92 |
| 11/06/2016 | 3004 | Lakelaw | Amount Claimed: 373.48;  Distribution Dividend: 100.00; Claim #: ; Dividend: 1.26; Amount Allowed: 373.48; Notes: ; | 3120-000 | | $373.48 | $28,713.44 |
| 11/06/2016 | 3005 | Lakelaw | Amount Claimed: 7,275.00;  Distribution Dividend: 100.00; Claim #: ; Dividend: 24.71; Amount Allowed: 7,275.00; Notes: ; | 3110-000 | | $7,275.00 | $21,438.44 |
| 11/06/2016 | 3006 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $3,750.00 | $17,688.44 |
| 11/06/2016 | 3007 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $48.80 | $17,639.64 |
| 11/06/2016 | 3008 | Popowcer Katten Ltd., Attn: Lois West | Amount Claimed: 561.00;  Distribution Dividend: 100.00; Claim #: ; Dividend: 1.90; Amount Allowed: 561.00; Notes: ; | 3410-000 | | $561.00 | $17,078.64 |

**SUBTOTALS**   $30,000.00   $12,921.36

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-09661-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GRABIAS, STANISLAWA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9319 | | Checking Acct #: | ******6101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/18/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/06/2016 | 3009 | Maria Ambrosia Pudlo individually | Amount Claimed: 56,485.59; Distribution Dividend: 30.24; Claim #: 2; Dividend: 58.01; Amount Allowed: 56,485.59; Notes: Transfer of claim to Maria Ambrosia Pudlo, individually (docket #72); | 4220-000 | | $17,078.64 | $0.00 |
| | | | **TOTALS:** | | $30,000.00 | $30,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $30,000.00 | $30,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $30,000.00 | $30,000.00 | |

| For the period of 3/18/2015 to 12/10/2016 | | For the entire history of the account between 08/31/2015 to 12/10/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $30,000.00 | Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 | Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $30,000.00 | Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,000.00 | Total Comp/Non Comp Disbursements: | $30,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-09661-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GRABIAS, STANISLAWA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9319 | Checking Acct #: | ******6101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/18/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $30,000.00 | $30,000.00 | $0.00 |

**For the period of 3/18/2015 to 12/10/2016**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/18/2015 to 12/10/2016**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ